UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT


IN RE:                                             Case No.  10-23404 (ASD)

  Richard Thach                                   Chapter 7

     DEBTOR                                        Re: ECF No.  8


ORDER DISMISSING CHAPTER 7 CASE


\_\_\_\_\_    The debtor has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. 1307, 1112 or 1208.  The court finds, after notice and a hearing, that the motion should be granted.

_____    A party in interest has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case.  The courts finds, after notice and a hearing that the motion should be granted.

\_\_X\_\_\_\_A court's motion having been heard in accordance with 521(i) for failure to file Schedules, Statements and Means Test.  The court finds, after notice and a hearing, that the motion should be granted.


IT IS ORDERED THAT:

    1. This Chapter 7 case is DISMISSED.

Dated: November 22, 2010                                BY THE COURT


*Albert S. Dabrowski*
United States Bankruptcy Judge